IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BONNIE GEORGE, ED MCKINZIE, TIM WORSTELL, CEDAR DERAPS, CASEY WASSER, TAMMY VOLKART, JAMES REHM, AND RON METZGAR, BOBBIE LEE, BRIAN IMMEKUS, and AMAZING GRACE COMMUNITY CHURCH, <br><br> *Plaintiffs,* <br><br> v. <br><br> OMEGA FLEX, INC.; WARD MANUFACTURING, LLC; AND TITEFLEX CORPORATION, <br><br> *Defendants.* | Case No. 6:17-cv-03114-MDH <br><br> **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Omega Flex, Inc., Ward Manufacturing, LLC, and Titeflex Corporation (collectively, "Defendants") jointly move the Court for summary judgment in their favor on all of Plaintiffs' claims. In support of this Motion, Defendants state as follows:

1. Plaintiffs filed their operative complaint in this action on January 31, 2019, asserting claims against Defendants for violations of the Missouri Merchandising Practices Act ("MMPA") (Counts I–III), conspiracy (Count IV), and unjust enrichment (Count V). Discovery in this matter closed on November 12, 2019. *See* Dkt. No. 111 ¶ C.1.

2. The Court should enter summary judgment for Defendants on all of Plaintiffs claims because there is no genuine dispute as to any material fact and Defendants are entitled to judgment as a matter of law on all those claims. *See* Fed. R. Civ. P. 56(a).

3. In particular, the Court should enter summary judgment for Defendants on Plaintiffs' MMPA claims because the undisputed facts confirm that Plaintiffs cannot establish essential elements of those claims, including (1) that they sustained an ascertainable loss of money or property; (2) that Defendants engaged in any unlawful practice; (3) that Defendants made any alleged misrepresentations "in connection with" Plaintiffs' purchases of their homes or corrugated stainless steel tubing; or (4) that Defendants' alleged conduct caused any losses to any of the Plaintiffs.

4. In addition, the Court should enter summary judgment for Defendants on Plaintiffs' claim for unjust enrichment because the undisputed facts show that Plaintiffs also cannot demonstrate essential elements of that claim, including that Defendants' alleged retention of benefits was unjust or inequitable.

5. Finally, the Court should enter summary judgment for Defendants on Plaintiffs' conspiracy claim, which cannot stand in the absence of any underlying tort and Plaintiffs' lack of injury.

6. The grounds in support of this Motion are more fully set forth in the accompanying Suggestions in Support of Motion for Summary Judgment, which are incorporated herein by reference.

7. Defendants respectfully request oral argument pursuant to Local Rule 7.0(e).

WHEREFORE, Defendants respectfully request that the Court grant summary judgment in their favor on all of Plaintiffs' claims.

Dated: November 26, 2019		Respectfully submitted,

		*/s/ Robert B. Ellis*
		Robert B. Ellis, P.C. (admitted *pro hac vice*)
		Benjamin T. Kurtz (admitted *pro hac vice*)
		Michael S. Biehl (admitted *pro hac vice*)
		Kelsey Bleiweiss (admitted *pro hac vice*)
		Claudia Brokish (admitted *pro hac vice*)
		Kirkland & Ellis LLP
		300 North LaSalle Street
		Chicago, IL 60654
		Telephone: (312) 862-2000
		Facsimile: (312) 862-2200
		robert.ellis@kirkland.com
		benjamin.kurtz@kirkland.com
		michael.biehl@kirkland.com
		kelsey.bleiweiss@kirkland.com
		claudia.brokish@kirkland.com

		and

		Neal F. Perryman, #43057MO
		Thomas P. Berra, Jr., #43399MO
		Oliver H. Thomas, #60676MO
		Lewis Rice LLC
		600 Washington Avenue, Suite 2500
		St. Louis, MO  63101
		Telephone: (314) 444-7661
		Facsimile: (314) 612-7661
		nperryman@lewisrice.com
		tberra@lewisrice.com
		othomas@lewisrice.com

		*Attorneys for Defendant Omega Flex, Inc.*


		*/s/ Kristen A. Page*
		Thomas Sullivan (admitted *pro hac vice*)
		SHOOK, HARDY & BACON, L.L.P.
		Two Commerce Square Building
		2001 Market Street, Suite 3000
		Philadelphia, PA 19103
		Telephone: (215) 278-2555
		Facsimile: (215) 278-2594
		tsullivan@shb.com

Kristen A. Page, MO Bar No. 50852
Elizabeth Fessler, MO Bar No. 67169
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
kpage@shb.com
efessler@shb.com

*Attorneys for Defendant Ward Manufacturing LLC*


/s/ John G. Papianou
Charles B. Casper (admitted *pro hac vice*)
John G. Papianou (admitted *pro hac vice*)
Robert Day (admitted *pro hac vice*)
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: (215) 772-1500
ccasper@mmwr.com
jpapianou@mmwr.com
rday@mmwr.com

Bruce A. Moothart
Seyferth Blumenthal & Harris LLC
4801 Main Street, Suite 310
Kansas City, MO 64112
Telephone: (816) 756-0700
bruce@sbhlaw.com

*Attorneys for Defendant Titeflex Corporation*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of November 2019, a true and accurate copy of the foregoing was electronically filed with the CM/ECF system of the United States District Court for the Western District of Missouri, which sends notice to counsel of record via e-mail.

*/s/ Kristen A. Page*
