# EXHIBIT 1

# In The Matter Of:

*Bonnie George, et al. vs.*
*Omega Flex, Inc., et al.*

*Harri Kaarlo Kytomaa, Ph.D.*
*Vol. I*
*September 24, 2019*
*Video Deposition*



50 Franklin St., Boston, MA 02110
Phone (617) 426-2432

*Original File Kytomaa_Harri.txt*
*Min-U-Script® with Word Index*

**10:37:40-10:38:28** Page 61

1  with pinhole also has variability in it, in the
2  sense that the conditions that result in
3  melt-through varied. If you look through Tests 12
4  to 15, that's what -- what that shows.
5  Q. But ultimately -- I mean, the document
6  speaks for itself -- the testing speaks for
7  itself -- that without a jacket, Gastite was able to
8  withstand 3.9 coulombs at a 10 x 1,000 waveform,
9  with more peak current than in Test Number 15 with a
10  jacket where it melted through at .17 coulombs.
11      MR. KURTZ: Objection.
12  Q. Correct?
13      MR. KURTZ: Asked and answered.
14  A. So -- so that is correct.
15      But recognize that the -- the -- I mean,
16  you're comparing two somewhat artificial conditions.
17  One is a -- Test 15 is Gastite with -- with a
18  pinhole -- and putting the pinhole onto the -- onto
19  the jacket actually will change its performance
20  electrically -- to a Gastite with a jacket removed.
21      But -- but I think that -- I agree that
22  the -- the tests in this report speak for
23  themselves. These are the results that they
24  obtained of the tests.

**10:39:05-10:40:04** Page 62

1      MR. SCHUMACHER: Objection, nonresponsive
2  after "that is correct."
3  Q. All right. Let us go back to your report,
4  then.
5      Let's go back to Roman numeral xviii.
6      You have pointed out, under the "CSST
7  Background" -- I'm going to paraphrase here without
8  reading -- that CSST has certain advantages over
9  black iron pipe, flexibility being one, correct?
10  A. Yes.
11  Q. Which may mean that it is less susceptible
12  to damage during an earthquake, correct?
13  A. And -- and other situations, yes. Correct.
14  Q. All right.
15      In any of the nine plaintiffs' homes that
16  were inspected, did you observe any damage due to
17  earthquake or flooding?
18  A. [redacted]
19  [redacted]
20  [redacted]
21      But Missouri is susceptible to both
22  earthquakes and flooding.
23  Q. That wasn't my question.
24      I asked if you observed any evidence -- did

**10:40:23-10:41:00** Page 63

1  you see any evidence of damage to the CSST in any of
2  the homes?
3  A. Based upon --
4      MR. KURTZ: Just object. That wasn't the
5  question. The witness answered the question.
6  A. [redacted]
7  [redacted]
8  [redacted]
9      But Missouri is susceptible to flooding and
10  earthquakes.
11  Q. All right.
12      Did you observe any evidence of damage to
13  the black iron pipe in any of the nine plaintiffs'
14  homes --
15      MR. KURTZ: Object to form.
16  Q. -- that you would associate earthquakes or
17  flooding?
18  A. [redacted]
19  [redacted]
20  [redacted]
21  [redacted] although Missouri is susceptible to
22  flooding and earthquakes.
23  Q. Did you observe any damage due to corrosion
24  of any of the black iron pipe in any of the nine

**10:41:34-10:42:39** Page 64

1  plaintiffs' homes? Or church. I should add that.
2  A. [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  Q. All right.
7      You would agree with me that CSST is more
8  susceptible to crushing damage than black iron pipe?
9  A. Yeah. I mean, I think that depends.
10      I mean, one would have to look at what the
11  circumstance is associated with the force that sort
12  of delivers the crushing, because significant forces
13  on CSST can be accommodated by simply the CSST
14  deflecting in some fashion, whether it is the
15  diameter itself deforming, but still containing the
16  gas, or simply the movement of the -- of the
17  flexible CSST.
18      That, in general, is not true for black
19  iron pipe. Black iron pipe, if subjected to
20  significant forces, can fail, and can fail
21  dramatically.
22      MR. SCHUMACHER: Objection, nonresponsive.
23  Q. What about nail strike damage? Which would
24  be more susceptible to nail strike damage, CSST or

10:53:25-10:54:09  Page 73

in close proximity to piping systems."
Did I read that correctly?
A. Yes.
Q. "This can often result in an electrical
flashover or arc between the adjacent
systems."
Did I read that correctly?
A. You did.
Q. Do you agree with that statement?
A. I think that if a -- if a Gastite product, the yellow Gastite product were installed in accordance with the manufacturer's instructions, then -- then I would not agree with that statement.
I think that the statement is a little bit -- let's say it's -- it's misleading because there are specific things that actually protect against this very line.
And if you go, for example, six lines down to the paragraph that starts 0007, it's -- the line there is:
"It usually takes a very large voltage
differential to create a flashover through
a good dielectric material."
That's an example of why that would not

10:54:33-10:55:15  Page 74

happen. If -- if the voltage is not high enough, then the insulation will protect the CSST and a flashover will not occur.
So there are many instances where I think this -- this sentence, or the sentence:
"This can often result in an
electrical flashover, or arc, between the
adjacent systems" would not occur.
Q. All right.
Well, let's break that down, then.
There are circumstances where if you have an energized metallic system in close proximity to even bonded and grounded Gastite you can still have a flashover between the two systems, correct?
A. So my experience is that that would be very unlikely.
Q. Not my question.
My question was is it possible.
A. Yes. Under extreme conditions, it -- it is possible.
Q. And, in fact, you have investigated fires where you had a properly bonded and grounded CSST system where you still had a perforation and an arcing event, correct?

10:55:45-10:56:26  Page 75

A. I want you to refresh my memory on -- on that particular investigation.
Q. Let's talk about the Rushing investigation in Lubbock.
That was yellow-jacket Gastite CSST, correct?
A. Yes.
Q. Installed in the Rushing home?
A. That's correct.
Q. And there was a direct bond to the CSST gas delivery system in the Rushing residence, correct?
A. I've not reviewed the details of the Rushing case. It's been a while, as you know.
I mean, that's -- it's possible. I'm not saying that it's not. I just don't remember that detail.
Q. All right.
Well, if -- you would agree with me that there was an arc perforation in the CSST in the Rushing residence, correct?
A. Yes.
Q. And if it was properly bonded and grounded with a direct bond in compliance with the Titeflex D&I guide, you would agree that would be one of

10:56:51-10:57:33  Page 76

those circumstances where you can still have a perforation even though it is bonded and grounded?
A. Yes.
In specific circumstances where, for example, there is a direct attachment to a house by lightning, it is possible for that to occur.
Q. Well, let's even break that down further.
You would agree with me that if lightning attaches to a home, it's going to -- the current is going to follow basically any path to ground that it can follow, correct?
A. It will follow multiple paths to ground, yes.
Q. Let's -- let's go with that, multiple paths to ground. Okay.
Generally speaking, lightning, or electrical current, will find the path of least resistance in an attempt to get to ground, correct?
A. It will find -- lightning will find all paths of least resistance. It will -- it will go along multiple paths. Some of those paths will have higher resistance than others. And for those paths of higher resistance, the currents will be lower, but it will follow multiple paths.

**Harri Kaarlo Kytomaa, Ph.D. - Vol. I**  
September 24, 2019
Video Deposition
Bonnie George, et al. vs.  
Omega Flex, Inc., et al.

10:58:04-10:58:37                                                Page 77

1   Q.  So I want to build a scenario here for you.
2   All right?
3       Let's say you have a metal flue chimney
4   pipe for a fireplace, okay?  Start with that.
5   A.  Okay.
6   Q.  And there is -- that is installed in a
7   chimney chase.
8       Have you seen that sort of installation in
9   residences before?
10  A.  I'm not sure what you mean by "that."  What
11  is "that"?
12  Q.  Well, "that" being a double-wall flue metal
13  pipe installed for a fireplace in a chimney chase.
14  A.  Yes, I have.
15  Q.  All right.
16      Now, I want you to imagine that a run of
17  CSST is installed within -- in contact with that
18  double-walled metal flue pipe.
19      Okay?
20      If the double-walled flue pipe becomes
21  energized from a lightning strike, is it a
22  possibility that it could still arc off to
23  yellow-jacketed CSST under the circumstance that I
24  just gave you?

10:59:10-11:00:04                                                Page 78

1       MR. KURTZ: Object to form.
2   A.  So it depends a great deal on exactly, you
3   know, what's connected to what.
4       But in that particular scenario, the
5   bonding, for example, would help in that scenario --
6   if the flue pipe were attached directly to the flue
7   pipe -- and perhaps alleviate, or minimize, or
8   prevent the formation of an arc between the flue
9   pipe and CSST.  But it is possible for an arc to
10  occur between the flue pipe and the CSST in that
11  scenario, that specific scenario.
12  Q.  Okay.  And even if the yellow-jacketed CSST
13  was properly bonded and grounded in that same
14  condition, could you still have an arcing event?
15      MR. KURTZ: Object to form, incomplete
16  hypothetical.
17  A.  So in the scenario that you've painted,
18  the -- again, the -- exactly how the CSST performs
19  depends on -- on what it is connected to, where it
20  comes from and where it goes to.  And -- and in that
21  particular scenario, actually, the bonding of the
22  CSST can minimize and reduce the -- let's say the
23  likelihood of an arcing event.  But -- but if the
24  direct lightning event to the house is sufficiently

11:00:47-11:01:33                                                Page 79

1   aggressive, it can cause damage, including an arc to
2   the CSST.
3   Q.  Which is ultimately the -- the -- one of
4   the issues in this case, which is the manufacturers
5   are indicating that bonding and grounding makes a
6   yellow-jacketed CSST system safe.
7       You would agree with me that proper bonding
8   and grounding pursuant to the D&I guide of any of
9   the manufacturers does not render that CSST system
10  safe from all lightning strikes, correct?
11      MR. KURTZ: Object to form.
12  A.  No, I disagree with that representation.
13      I believe that for each of the products on
14  the market -- so the WardFlex, the TracPipe and the
15  Titeflex products -- if those are installed in
16  accordance with the manufacturers' instructions,
17  including their bonding requirement, bonding and
18  grounding requirement, these products are safe.
19  Q.  I understand that's your opinion.
20  A.  Yes.
21  Q.  However, I just gave you a scenario where
22  you admitted that if the conditions are correct,
23  even though the yellow-jacketed CSST is still direct
24  bonded pursuant to the D&I guide, you could still

11:01:59-11:02:34                                                Page 80

1   have an arcing event.
2       Where is that information being
3   disseminated to the public?
4       MR. KURTZ: Objection, misstates testimony.
5   A.  I'm not sure I understand the question.
6       What do you mean by "where is that
7   information disseminated to the public?"  I -- I
8   don't understand the relationship between the first
9   part of your question and the second part of your
10  question.
11  Q.  All right.  Well, then we'll break it down.
12      You've admitted under the hypothetical that
13  I gave you that there are conditions where you could
14  still have an arcing event between a -- a metallic
15  system and yellow-jacketed CSST, even though the
16  yellow-jacketed CSST was direct bonded pursuant to
17  the D&I guide, correct?
18      MR. KURTZ: Same objection.
19  A.  I mean, I just want to be clear here
20  that -- that I think that we've moved away from
21  the -- the Rushing case, and so -- so I'll make the
22  assumption here that, you know, that -- well, it's
23  not clear to me exactly what the condition is that
24  you're asking me to think about, whether it is the

Page 105

11:47:27-11:48:08

1 formation.
2 Q. But the representations by the CSST
3 manufacturers is that bonded and grounded
4 yellow-jacketed CSST is a safe product, correct?
5   MR. KURTZ: Object to form.
6 A. The -- so what I believe -- so two things:
7   One is that, you know, exactly what the
8 representations are by the industry I think speak
9 for themselves. I believe that -- that a
10 properly-installed yellow-jacketed product for each
11 of the -- the three manufacturers in this matter is
12 safe if installed in accordance with their
13 instructions, and according to code.
14 Q. But the information that there are
15 situations where bonding and grounding will not be
16 effective is not being disseminated to the public.
17   Do you agree with that?
18 A. No, I don't agree with that at all.
19   I think that the GTI report is actually
20 very clear in -- in talking about essentially all of
21 the situations that are relevant to homes.
22 Q. And the GTI report warns consumers that
23 there are circumstances where the bonding and
24 grounding in their home, of the CSST in their home,

Page 106

11:48:32-11:49:29

1 will not be effective?
2   MR. CASPER: Object to the form of the
3 question.
4 A. I'm not -- I'm not sure what you're
5 referring to. I'll be happy to review that
6 particular section of the report.
7 Q. All right.
8   Let's get back to Exhibit 8.
9   And that second page -- all right. Let's
10 go again down to that May 18th of 2007 John Hibner
11 e-mail.
12 A. Yes.
13 Q. Back to the same paragraph.
14   "Obviously, a lot of damage can be
15   done as lightning speeds through a house to
16   ground. But no other system seems to be as
17   vulnerable as the CSST which becomes a" --
18   quote, unquote -- "'flame thrower' when
19   lightning creates a pinhole from arcing
20   from the CSST to other metal."
21   Did I read that correctly?
22 A. You did.
23 Q. You agree that since CSST is transmitting
24 gas, which is a flammable item, through a house,

Page 107

11:49:58-11:51:01

1 that great care should be given to put the best,
2 safest products out on the market?
3 A. Yeah. I do believe that -- that care
4 should be given when products are put out on the
5 market.
6 Q. Do you believe that consumers should be
7 warned of all potential issues or problems with
8 products?
9   MR. KURTZ: Object to form.
10 A. So product manufacturers have -- have
11 certainly an obligation to minimize the risk
12 associated with their products in light of the
13 benefits that the products provide. They have an
14 obligation to design, certainly, those risks that --
15 that are significant, either by designing them --
16 the risks out of the product, preventing --
17 protective means, barriers, and other different
18 kinds of protective means that one can -- can come
19 up for consumer products. Or, in those situations
20 where neither designing the product -- the risk out
21 or the -- the provision of protections are
22 available, the -- the product manufacturer should,
23 and regularly do, provide warnings associated with
24 what those risks are.

Page 108

11:51:40-11:52:32

1 Q. Are you aware of any warnings issued by the
2 CSST manufacturers with regard to -- that reach
3 consumers with regard to the effectiveness of
4 bonding and grounding?
5 A. The -- well, first of all, the -- really
6 the documentation associated with, for example --
7 and probably other things as well -- the GTI report
8 is available to consumers. And then the --
9 Q. If they go and find it?
10 A. If -- that's right. If they -- if they
11 look for it, it's available to them. It's in the
12 public domain.
13   Also, the -- the product is typically
14 installed -- installed by professionals who, you
15 know, have training in -- in the installation of
16 these products, and they're the agents of the owners
17 in -- in performing that function. And they're the
18 ones who not only have the training but also are
19 provided with the documentation associated with each
20 of the distinct products from WardFlex, Titeflex,
21 and -- and Omega Flex, both in the form of
22 documentation, D&I guides, as well as warnings.
23 Q. Does the -- the code -- local code
24 person -- I'm going to call him the "AHJ," the

**12:08:01-12:08:54** Page 121

1  protection for the house is an NFPA 780 system, LPS
2  system.
3      Now, there are many instances in which --
4  in which a direct strike can strike a house, cause
5  damage while the CSST system, properly installed
6  CSST system, performs just fine. But I think that
7  the -- it's a statement of fact that direct strikes
8  to homes are very destructive and can cause a lot of
9  damage completely irrespective of what mechanical
10 equipment, mechanical services are in the home,
11 whether there is running water in the home, whether
12 there is electrical service to the home, and whether
13 there is gas service to the home, or whether there's
14 internet service to the home. So, you know, a
15 direct strike to a home is potentially very
16 destructive. And the way to protect against that,
17 generally accepted, is a lightning protection system
18 in accordance with NFPA 780.
19  Q. But bonding and grounding, even in
20 accordance with any of the manufacturers' D&I
21 guides, is not always a means of protecting CS --
22 yellow-jacketed CSST from direct strikes, correct?
23      MR. KURTZ: Object to form.
24  A. So bonding and grounding, in accordance

**12:09:29-12:10:24** Page 122

1  with -- with the manufacturers' instructions, will
2  protect, in most instances, the -- the CSST system
3  in lightning events. Certainly in indirect or
4  partial lightning events where not all the
5  partial -- not the total energy of the lightning
6  event is imparted to the gas system. But also,
7  there are many circumstances in which, in the event
8  of a direct lightning strike to a home, the CSST and
9  the gas system itself may perform well.
10     But it's important for me to emphasize
11 that -- that in a direct lightning strike, which is
12 sort of a high-risk proposition to the house, the --
13 never is the gas system designed to protect the
14 home. So, for example, if there's a direct strike
15 to -- to the attic, and there's a gas system in the
16 basement, there are many circumstances that I can
17 see and, you know -- and never should one expect the
18 gas system to somehow protect the home, you know.
19 And it's -- I mean, it's silly to think that that
20 would be the case.
21     MR. SCHUMACHER: Objection, nonresponsive.
22  Q. I'm merely talking about the bonding and
23 grounding protecting the CSST itself from an arcing
24 event and causing a fire.

**12:10:49-12:11:35** Page 123

1      Certainly there are circumstances where a
2  direct strike to a home will still result in damage
3  to a properly bonded and grounded yellow-jacketed
4  CSST system?
5      MR. KURTZ: Object to form.
6      MR. CASPER: Object.
7  A. So we've -- we've talked about this
8  already.
9      So -- so, first of all, I think it depends
10 greatly on which particular manufacturer you are
11 talking about. And secondly, the direct lightning
12 strikes that -- that potentially are harmful to
13 properly installed Omega Flex CSST, as an example,
14 are incredibly rare, and the probability of that
15 system failing is miniscule.
16  Q. We -- we talked about direct or indirect.
17  A. Yes.
18  Q. But there's a whole spectrum of charge
19 associated with an indirect or a direct strike,
20 correct?
21  A. So in the -- there's two parts to your
22 question, really, sort of the use of the words
23 "direct" and "indirect," and then sort of the
24 concept of "spectrum."

**12:11:59-12:12:44** Page 124

1      So let me --
2  Q. Then let's break it down, then.
3  A. All right.
4  Q. First of all, what is your definition of a
5  "direct strike"?
6  A. So a direct strike is a -- is a strike
7  that -- that is -- that is -- imparts the full
8  energy, or charge, of a lightning return stroke to a
9  house. That can happen either by having a point
10 attachment that is associated with a house -- for
11 example, a -- a metal roof, or a metal roof
12 penetration -- or something like a tree that is
13 right next to the house that is, for example, let's
14 say, three meters away from the home that is struck
15 by the lightning and, because of the root
16 configuration, for example, of the tree might impart
17 all of its energy ultimately to the house.
18     So -- so really what I mean by -- by a
19 "direct strike" to a house is -- is a -- is a strike
20 that -- that imparts all, or almost all, of its
21 energy directly to the house.
22  Q. Okay.
23  A. What I mean by "indirect" is, conversely, a
24 situation in which you have a lightning strike, and

13:25:02-13:25:34  Page 149

1  CSST bonded and grounded is capable of withstanding
2  a specific number of coulombs.
3       Does such a number exist?
4       MR. KURTZ: Object to form. Asked and
5  answered.
6   A.  I think in a specific house geometry, yes.
7   Q.  But not across the board for every single
8  house?
9       MR. KURTZ: Same objection.
10  A.  Every house is different, and so you would
11  have to perform the analysis and arrive at that
12  number for each house configuration. And you can do
13  that if you -- if you so choose.
14  Q.  But you've come up with an opinion that
15  says that yellow-jacketed CSST is always safe when
16  properly bonded and grounded.
17      That's simply not true, is it?
18      MR. KURTZ: Object to form.
19  A.  I -- I think it is. I mean, I think that
20  the yellow product is safe. Specifically, for
21  example, the Gastite yellow product is safe is -- if
22  installed in accordance with the manufacturer's
23  recommendations.
24  Q.  In every circumstance? Every lightning

13:26:14-13:27:12  Page 150

1  strike?
2   A.  Yes. I think it's -- it is safe. And as
3  long as it is -- it is installed in accordance with
4  manufacturers' recommendations.
5   Q.  But you testified earlier that you've seen
6  situations where CSST, yellow CSST was properly
7  bonded and grounded and was still perforated by a
8  lightning strike.
9       MR. KURTZ: Object to form.
10  Q.  Correct?
11  A.  So my testimony earlier was that there
12  is -- there are circumstances that have a miniscule
13  probability and are incredibly rare in which a house
14  may be directly struck by lightning, and if the CSST
15  is not bonded, it may be possible for the CSST to be
16  perforated by the lightning insult.
17      MR. SCHUMACHER: I'm showing you now what I
18  have marked as Exhibit Number 14.
19          (Document marked as Kytomaa
20          Exhibit 14 for identification)
21      THE WITNESS: Thank you.
22      MR. SCHUMACHER: It's actually 15 in your
23  book.
24  Q.  All right.

13:27:43-13:31:43  Page 151

1       I would like you to turn to the third page
2  of Exhibit 14.
3   A.  Third page. Yep.
4   Q.  Specifically Paragraph 0004.
5       MR. KURTZ: Oh, geez.
6       THE WITNESS: What are you doing?
7       MR. KURTZ: Let's go off the record.
8       THE REPORTER: Off the record.
9       THE VIDEOGRAPHER: The time is now 1:27,
10  and we're off the record.
11          (Recess taken)
12      THE VIDEOGRAPHER: The time is now 1:31,
13  and we're back on the record.
14  BY MR. SCHUMACHER:
15  Q.  All right.
16      Doctor, I've put before you Exhibit
17  Number 14. This is another US Patent and Trademark
18  Office application. This one is to Omega Flex.
19      Are you familiar with this document?
20  A.  Yes, I think I've seen this document
21  before.
22  Q.  All right.
23      I would like to go to the third page,
24  Paragraph 0004.

13:32:01-13:32:39  Page 152

1   A.  Yeah.
2   Q.  "Another drawback to existing tubing is
3      that the tubing is often contained within a
4      jacket. Typically, the jacket is made from
5      an insulative material. In the event
6      that the piping is introduced to an
7      electrical charge (e.g. from direct or
8      indirect lightning), charge accumulates on
9      the jacket and can burn through the jacket
10     to the tubing resulting in a breach of the
11     tubing."
12     First, did I read that correctly?
13  A.  You did.
14  Q.  How is that statement any different than
15  what is contained in the Gastite Flashshield patent
16  application with regard to the effects of the
17  insulative material?
18  A.  I mean, clearly this is a different
19  document, different statement.
20      Let me take just a couple of minutes, if I
21  may, to read this section that you're quoting from.
22      So this description really refers to tubing
23  that is a braided tubing. It talks about, if you
24  look at 0003, second line:

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

I, Alexander K. Loos, RDR and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 24th day of September, 2019, at 8:50 a.m., the person hereinbefore named, who was by me duly sworn to testify to the truth and nothing but the truth of his knowledge touching and concerning the matters in controversy in this cause; that he was thereupon examined upon his oath, and his examination reduced to typewriting under my direction; and that the deposition is a true record of the testimony given by the witness. I further certify that I am neither attorney or counsel for, nor related to or employed by, any attorney or counsel employed by the parties hereto or financially interested in the action.

Under Federal Rule 30:

_____ Reading and Signing was requested

_____ Reading and Signing was waived

__X__ Reading and Signing was not requested

