*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## JUDGMENT IN A CIVIL CASE

### *UNITED STATES DISTRICT COURT*

| | | |
|---|---|---|
| BONNIE GEORGE, et al., | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 17-3114-CV-S-MDH |
| | ) | |
| OMEGA FLEX, INC., et al, | ) | |
| | ) | |
| | ) | |
| | ) | |

___ Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X___ Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED t**he Court hereby **DENIES** the Motion to Dismiss and finds Plaintiffs have stated a claim for which relief could be granted. (Order, Doc. 94)

The Court DENIES AS MOOT Plaintiffs' Motion for Class Certification (Doc. 225) and Defendants' Motion to Strike the Declarations of Mark Goodson and Alain Rousseau (Doc. 266); DENIES Defendants' Motions to Exclude Opinions of Aaron Hedlund (Doc. 268 and 310); and GRANTS Defendants' Motion for Summary Judgment. (Doc. 305). The Court ORDERS judgment entered in favor of Defendants. (Order, Doc. 341)

**IT IS SO ORDERED**.


 August 18, 2020_____          ____Paige Wymore-Wynn
Date                                                      Clerk of Court


Entered on: August 13, 2020___          ___s/Linda Howard_____
                                                           (By) Deputy Clerk