IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BONNIE GEORGE, ED MCKINZIE, TIM WORSTELL, CEDAR DERAPS, CASEY WASSER, TAMMY VOLKART, JAMES REHM, RON METZGAR, BOBBIE LEE, BRIAN IMMEKUS, and AMAZING GRACE COMMUNITY CHURCH, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>OMEGA FLEX, INC.,<br>WARD MANUFACTURING, LLC, and TITEFLEX CORPORATION,<br><br>*Defendants.* | Case No. 6:17-CV-03114-MDH<br><br>Hon. M. Douglas Harpool |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Bonnie George, Ed Mckinzie, Tim Worstell, Cedar Deraps, Casey Wasser, Tammy Volkart, James Rehm, Ron Metzgar, Bobbie Lee, Brian Immekus, and Amazing Grace Community Church, are filing an appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Order granting Defendants' Motion for Summary Judgment, entered August 13, 2020 (Dkt. 341), and this Court's Judgment in a Civil Case, entered August 18, 2020 (Dkt. 343).

DATED: September 8, 2020

Respectfully submitted,
KAMBERLAW, LLP

/s/ Naomi B.Spector
Naomi B. Spector (admitted *pro hac vice*)
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037
Telephone: (310) 400-1053

Fax: (858) 800-4277
nspector@kamberlaw.com

STEELMAN & GAUNT
David Steelman, #27334MO
Stephen F. Gaunt, #33183MO
901 N. Pine Street, Ste. 110
P.O. Box 1257
Rolla, MO 65402
Telephone: (573) 341-8336
Fax: (573) 341-8548
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

TED B. LYON & ASSOCIATES
Marquette W. Wolf (admitted *pro hac vice*)
18601 LBJ Freeway, Suite 525
Mesquite, Texas 75150
Telephone: (972) 279-6571
mwolf@tedlyon.com

CARPENTER & SCHUMACHER
Craig Schumacher (admitted *pro hac vice*)
N. Scott Carpenter (admitted *pro hac vice*)
Rebecca Bell-Stanton (admitted *pro hac vice*)
2701 N. Dallas Parkway, Suite 570
Plano, TX 75093
Telephone: (972) 403-1133
cschumacher@cstriallaw.com
scarpenter@cstriallaw.com
rstanton@cstriallaw.com

KAMBERLAW, LLC
Scott A. Kamber, #70534MO
(*admission to United States District Court, Western District pending*)
201 Milwaukee Street, Ste. 200
Denver, CO 80206
Telephone: (646) 964-9600
Fax: (212) 202-6364
skamber@kamberlaw.com

KAMBERLAW, LLP
Deborah Kravitz (admitted *pro hac vice*)
401 Center Street, Suite 111
Healdsburg, CA 95448
Telephone: (707) 820-4247
Fax: (858) 800-4277
dkravitz@kamberlaw.com
*Attorneys for Plaintiffs and putative Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of September, 2020, a true and accurate copy of the foregoing was electronically filed with the CM/ECF system of the United States District Court for the Western District of Missouri, which sends notice to counsel of record via e-mail.

/s/ Naomi B. Spector
Naomi B. Spector